SH

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**FILED**
JUN 23 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Title: LAUFER v. VRAJDHAM CORP    Case Number: 1:20-cv-03526

An appearance is hereby filed by the undersigned as attorney for: Plaintiff

Attorney name (type or print): Robert E. Lewin

Firm: Law office of Robert E. Lewin

Street address: 5235 Old Orchard Road Suite 50

City/State/Zip: Skokie, IL 60077

Bar ID Number: 1646710
(See item 3 in instructions)

Telephone Number: 312 217-6431

Email Address: robert_lewin@hotmail.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6-23-20

Attorney signature: S/ Robert E Lewin

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015